UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530,

Plaintiff,

v.

MOTOR TANKER SKYWAVE BEARING INTERNATIONAL MARITIME ORGANIZATION NUMBER 9328716,

Defendant *In Rem*.

Case: 1:26-cv-02063
Assigned To : Unassigned
Assign. Date : 6/10/2026
Description: Gen. Civil (E-DECK)

**FILED UNDER SEAL**

**UNITED STATES' VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

COMES NOW, Plaintiff the United States of America (the "United States"), by and through the United States Attorney's Office for the District of Columbia, the Counterintelligence and Export Control Section of the National Security Division, and the Money Laundering, Narcotics and Forfeiture Section of the Criminal Division, which brings this verified Complaint for forfeiture in a civil action *in rem*, in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure, against: the Motor Tanker (M/T) SKYWAVE bearing International Maritime Number ("IMO") 9328716, at the time it was seized by the U.S. Government on or about May 19, 2026 ("Defendant Property"), and alleges as follows:

**NATURE OF THE ACTION AND DEFENDANT *IN REM***

1. This *in rem* forfeiture action arises out of an investigation by Homeland Security Investigations ("HSI") and the Federal Bureau of Investigation ("FBI"). The United States is investigating the transportation and sale of Iranian oil products for the benefit of the Islamic

RECEIVED
JUN 10 2026
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Revolutionary Guard Corps ("IRGC") and the IRGC Quds Force ("IRGC-QF"). This action seeks to forfeit the Defendant Property which affords the Iranian Ministry of Petroleum, the National Iranian Oil Company ("NIOC"), and the vessel's owner and its commercial and technical manager a source of influence over the Iranian Ministry of Petroleum, NIOC, the IRGC, including the IRGC-QF, by transporting Iranian petrochemical products to generate revenue for the IRGC, a designated Foreign Terrorist Organization ("FTO").

2. The Defendant Property was seized by the United States from the owner and the technical management company of the SKYWAVE.

**JURISDICTION AND VENUE**

3. This Court has *in rem* jurisdiction over the Defendant Property pursuant to 28 U.S.C. §§ 1333, 1345, and 1355.

4. Venue is also proper within this judicial district pursuant to 28 U.S.C. § 1355(b)(2).

5. Pursuant to 14 U.S.C. § 522(a) and 28 U.S.C. §§ 2461(b), 1333(1), this Court has jurisdiction for property subject to forfeiture on the high seas.

6. While the United States does not concede that such election is necessary, the United States designates all its claims for relief as admiralty claims under Fed. R. Civ. P. 9(h).

**FACTS GIVING RISE TO FORFEITURE**

**A. <u>Relevant Entities</u>**

**i. Government of Iran**

7. On January 19, 1984, the United States designated Iran as a state sponsor of terrorism. *See* https://www.state.gov/reports/country-reports-on-terrorism-2020/iran/. For 2020, the most recent year for which Country Reports on Terrorism are available, the State Department concluded that "Iran continued its terrorist-related activity in 2020, including support

for Hizballah, Palestinian terrorist groups in Gaza, and various terrorist and militant groups in Iraq, Syria, and elsewhere throughout the Middle East." *Id.* The State Department further found that "Iran used the Islamic Revolutionary Guard Corps – Qods Force (IRGC-QF) to provide support to terrorist organizations, provide cover for associated covert operations, and create instability in the region," and that "the IRGC-QF is Iran's primary mechanism for cultivating and supporting terrorist activity abroad." *Id.* To date, the United States has not delisted Iran as a state sponsor of terrorism. *See* https://www.state.gov/state-sponsors-of-terrorism/.

**ii. Iranian Ministry of Petroleum**

8. According to the Iranian Ministry of Petroleum's website, the ministry "is a state-run organ affiliated with the Executive branch of government" that was established in 1979. https://en.mop.ir/home/. The ministry reports that it "is tasked with exercising the principle of Iran's ownership of and national sovereignty over oil and gas resources as well as separating governance from administrative tasks in the development of oil and gas industry." *Id.* The ministry exercises its authority over the petroleum industry through four subsidiaries – NIOC, the National Iranian Gas Company, the National Iranian Oil Refining and Distribution Company, and the National Petrochemical Company. *Id.* ("The structural organization of the Ministry comprises a head office and four main subsidiaries – National Iranian Oil Company (NIOC), National Iranian Gas Company (NIGC), National Iranian Oil Refining and Distribution Company (NIORDC) and National Petrochemical Company (NPC). Through subsidiaries, the Ministry supervises exploration, extraction, marketing and selling of crude oil, natural gas and petroleum products in the country.").

9. The Iranian government's ownership of petroleum resources stems from Articles 44 and 45 of Iran's constitution. Article 44 provides in part: "The economy of the Islamic

Republic of Iran is to consist of three sectors: state, cooperative, and private, and is to be based on systematic and sound planning. The state sector is to include all large-scale and mother industries, foreign trade, major minerals, banking, insurance, power generation, dams and large-scale irrigation networks, radio and television, post, telegraph and telephone services, aviation, shipping, roads, railroads and the like; all these will be publicly owned and administered by the State." https://www.constituteproject.org/constitution/Iran_1989.pdf?lang=en. [1] Article 45 provides in part: "Public wealth and property, such as uncultivated or abandoned land, mineral deposits, seas, lakes, rivers and other public water-ways, mountains, valleys, forests, marshland, natural forests, unenclosed pastureland, legacies without heirs, property of undetermined ownership, and public property recovered from usurpers, shall be at the disposal of the Islamic government for it to utilize in accordance with the public interest." *Id.*

10. Article 2 of Iran's Oil Law (Sep. 30, 1987) provides: "The country's oil resources are part of the Anfal and public wealth, and according to Article 45 of the Constitution, is at the disposal of the Islamic government, and all facilities, equipment, assets and investments that have been or will be made by the Ministry of Oil and subsidiaries at home and abroad will belong to the Iranian people and to the Islamic government. The exercise of sovereignty and ownership of oil resources and facilities belongs to the Islamic Government, which according to the provisions and powers enumerated in this law, it is the responsibility of the Ministry of Oil to act in accordance with the general principles and plans of the country." https://en.mop.ir/portal/home/?news/368984/368988/379478/petroleum-law.

---

[1] The Constitution of the Islamic Republic of Iran was adopted and went into force in 1979. It has been amended once, on July 28, 1989.

11. On October 26, 2020, the Department of the Treasury's Office of Foreign Assets Control ("OFAC") designated the Iranian Ministry of Petroleum under Executive Order 13,224 for providing financial support to the Islamic Revolutionary Guard Corps – Quds Force ("IRGC-QF"). *See* https://home.treasury.gov/news/press-releases/sm1165. OFAC found that "[t]he Iranian Ministry of Petroleum has been used by individuals at the highest levels of the Iranian regime to facilitate the IRGC-QF's revenue generation scheme." *Id.*

**iii. Islamic Revolutionary Guard Corps**

12. The IRGC is a branch of the Iranian armed forces whose purpose is to defend the country's political system. The IRGC-QF is a branch of the IRGC that specializes in unconventional warfare and military intelligence operations.

13. The Department of the Treasury has found "[t]he IRGC is Iran's most powerful economic actor, dominating many sectors of the economy, including energy, construction, and banking." https://home.treasury.gov/news/press-releases/tg1718. According to OFAC, "[t]he IRGC and its major holdings, such as the Basij Cooperative Foundation and Khatam al-Anbiya, have a dominant presence in Iran's commercial and financial sectors, controlling multi-billion-dollar businesses and maintaining extensive economic interests in the defense, construction, aviation, oil, banking, metal, automobile and mining industries, controlling multi-billion dollar businesses." https://home.treasury.gov/news/press-releases/sm703.

14. The IRGC and IRGC-QF use a network of shipping companies and front companies to hide their involvement in the sale and shipment of Iranian oil. Specifically, OFAC has found that the IRGC-QF uses a "complex network of intermediaries … to obfuscate its involvement in selling Iranian oil." https://home.treasury.gov/news/press-releases/sm767; *see also* https://home.treasury.gov/news/press-releases/tg1718 ("The IRGC, long a target of U.S. sanctions,

has a history of attempting to circumvent sanctions by maintaining a complex network of front companies."). The Secretary of the Treasury has previously found that holding groups and companies in the petrochemical sector and elsewhere "provide financial lifelines to the IRGC." https://home.treasury.gov/news/press-releases/sm703.

15. The IRGC generates substantial revenues from the sale of petroleum products. For example, OFAC has reported that "[i]n spring 2019 alone, this IRGC-QF-led network employed more than a dozen vessels to transport nearly 10 million barrels of crude oil, predominantly to the Syrian regime. These shipments, taken collectively, sold for more than half a billion dollars. The same network also sold nearly four million barrels of condensate and hundreds of thousands of barrels [of] gas oil, bringing in another quarter billion dollars." https://home.treasury.gov/news/press-releases/sm767.

16. The IRGC uses the proceeds from the distribution of petroleum to fund its terror activities. OFAC has found that: "Iran's petroleum and petrochemical industries are major sources of revenue for the Iranian regime and funds its malign activities throughout the Middle East." https://home.treasury.gov/news/press-releases/sm885; *see also* https://home.treasury.gov/news/press-releases/sm703 ("The profits from [the IRGC's economic] activities support the IRGC's full range of nefarious activities, including the proliferation of weapons of mass destruction (WMD) and their means of delivery, support for terrorism, and a variety of human rights abuses, at home and abroad."). The Secretary of the Treasury has stated: "Iran's petrochemical and petroleum sectors are primary sources of funding for the Iranian regime's global terrorist activities and enable its persistent use of violence against its own people." https://home.treasury.gov/news/press-releases/sm885.

17. On October 25, 2007, OFAC designated the IRGC-QF under Executive Order 13,224, which is "aimed at freezing the assets of terrorists and their supporters." *See* https://2001-2009.state.gov/r/pa/prs/ps/2007/oct/94193.htm. In part, OFAC found that "[t]he Qods Force, a branch of the Islamic Revolutionary Guard Corps (IRGC; aka Iranian Revolutionary Guard Corps), provides material support to the Taliban, Lebanese Hizballah, Hamas, Palestinian Islamic Jihad, and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC)." *Id.* On October 13, 2017, OFAC designated the IRGC pursuant to Executive Order 13,224 for providing material support, including training, personnel, and military equipment, to the IRGC-QF. *See* https://home.treasury.gov/news/press-releases/sm0177.

18. On April 8, 2019, the President announced that he would designate the IRGC, including the IRGC-QF, as a Foreign Terrorist Organization under Section 219 of the Immigration and Nationality Act ("INA") (8 U.S.C. § 1189). *See* https://ir.usembassy.gov/statement-from-the-president-on-the-designation-of-the-islamic-revolutionary-guard-corps-as-a-foreign-terrorist-organization/. The announcement noted, in part, that "the IRGC actively participates in, finances, and promotes terrorism as a tool of statecraft," and warned that "[i]f you are doing business with the IRGC, you will be bankrolling terrorism." *Id.* On April 8, 2019, the State Department similarly announced the pending designation of the IRGC, including the IRGC-QF. *See* https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/index.html. That announcement noted that "[T]he IRGC—most prominently through its Qods Force—has the greatest role among Iran's actors in directing and carrying out a global terrorist campaign." *Id.* On April 15, 2019, the Secretary of State published a notice in the Federal Register that he had designated the IRGC, including the IRGC-QF, as a Foreign Terrorist Organization under Section 219 of the INA. *See* 84 Fed. Reg. 15,278 (Apr. 15, 2019), https://www.federalregister.gov/

documents/2019/04/15/2019-07415/in-the-matter-of-the-designation-of-the-islamic-revolutionary-guard-corps-and-other-aliases-as-a.

19. The IRGC and IRGC-QF act in foreign commerce with specific aims to threaten U.S. interests and the national security of the United States. The following is just a brief list of many examples of how the IRGC and IRGC-QF engage in foreign commerce and activities outside the borders of Iran to harm the interests of the United States:

a. In likely retaliation for the death of former IRGC-QF commander Qasem Soleimani, in 2021, a member of the IRGC used interstate commerce facilities in a failed plot to commit murder-for-hire and provide material support to a transnational murder plot targeting former National Security Advisor John Bolton, https://www.justice.gov/opa/pr/member-irans-islamic-revolutionary-guard-corps-irgc-charged-plot-murder-former-national.

b. In January 2007, the IRGC-QF led by Abdul Reza Shahla'i planned an attack in Karbala, Iraq that killed five U.S. soldiers and wounded three others, https://rewardsforjustice.net/rewards/abdul-reza-shahlai/.

c. In June 1996, the IRGC was responsible for planning the attack on the Khobar Towers in Dhahran, Saudi Arabia, during which 19 U.S. Air Force personnel were killed and more than 350 were injured, *Rimkus v. Islamic Republic of Iran*, 750 F. Supp. 2d 163, 174 (D.D.C. 2010). IRGC senior officials recruited the attackers and worked in conjunction with them and Hezbollah, operating out of a terrorist base in the Bekaa or Beqaa Valley in Lebanon where the IRGC provided supplies and funds for the attack. *Id.*

20. Through these actions and many others, the IRGC and IRGC-QF's terrorism affects foreign commerce in a manner that harms the interests of the United States, both domestic and abroad. Indeed, the entire purpose of the IRGC and IRGC-QF's campaigns of terror are to thwart

the United States' diplomatic efforts, including its support for peace in the Middle East and recognition of Israel, by threatening the security of U.S. nationals and attempting to instill fear in the citizens of this country located within and outside its territorial boundaries. *See In re Sealed Case*, 936 F.3d 582, 592 (D.C. Cir. 2019) (criminal defendant's use of drug trafficking to support terrorist organizations "magnifies the effect of his conduct on commerce between the countries where he was operating and the United States"). These terrorist activities undertaken in foreign commerce plainly have a domestic effect on the United States.

**iv. National Iranian Oil Company**

21. NIOC is the national oil company of Iran and a subsidiary of the Iranian Ministry of Oil. NIOC describes itself as "one of the largest oil firms in the world with huge hydrocarbon reserves." https://en.nioc.ir/en-US/en.nioc/5696/page/NIOC-at-a-Glance. NIOC reports that it is "responsible for organizing and policy-making activities of the oil industry, including exploration, drilling, production, research and development, as well as oil and gas exports." *Id*; *see also* https://home.treasury.gov/news/press-releases/sm1165 ("NIOC, overseen by the Ministry of Petroleum, is responsible for the exploration, production, refining, and export of oil and petroleum products in Iran."). According to OFAC, the distribution of NIOC oil "helps to finance Iran's Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and its terrorist proxies." https://home.treasury.gov/news/press-releases/sm885.

22. On September 24, 2012, the Department of the Treasury reported to Congress that it had determined that NIOC was an agent or affiliate of the IRGC. *See* https://home.treasury.gov/news/press-releases/tg1718. On October 26, 2020, OFAC designated NIOC pursuant to Executive Order 13,224 "for having materially assisted, sponsored, or provided financial, material,

or technological support for, or goods or services in support of, the IRGC-QF." *See* https://home.treasury.gov/news/press-releases/sm1165.

**v. Iranian Oil Terminals Company**

23. The Iranian Oil Terminals Company ("IOTC") is a subsidiary of NIOC that operates the Kharg Oil Terminal at Kharg Island, Iran. *See* https://en.nioc.ir/en-US/en.nioc/5699/page/Subsidiaries (listing IOTC as a subsidiary); *see also* https://www.iotco.ir/en/aboutus/introductioncompany (stating that IOTC is "one of the companies under [the] umbrella of [the] National Iranian Oil Company"). IOTC describes itself as "an operational, specialized and professional organization that has the duty of all reservation affairs, crude oil, oil products, liquefied gas and marine services export and import operations along with providing measurement and lab services." *Id.* According to IOTC, its responsibilities include "support and sustained continuation of oil and gas production in the country in four operational zones of Kharg Oil Terminals." *Id.* According to Orbis, a corporate reporting service, the government of Iran is the "global ultimate owner" of IOTC.

**vi. Kharg Oil Terminal**

24. Kharg Oil Terminal is an oil terminal located at Kharg Island, Iran that is operated by IOTC. The terminal has quays or jetties for loading petroleum onto crude oil tankers. *See* https://www.iotco.ir/en/oilterminals/kharg.

25. According to IOTC's website, Kharg Oil Terminal receives oil via pipeline from Iran's South Oilfields, which are operated by the National Iranian South Oil Company ("NISOC"). *See id.*

**vii. National Iranian South Oil Company**

26. According to NISOC's LinkedIn page, "National Iranian South Oil Company (NISOC) . . . is a government-owned corporation under the direction of the Ministry of Petroleum of Iran and operates as a subsidiary of National Iranian Oil Company." *See also* https://en.nioc.ir/en-US/en.nioc/5699/page/Subsidiaries (listing NISOC as a subsidiary of NIOC).

**viii. M/T SKYWAVE**

27. The M/T SKYWAVE (IMO 9328716), previously named the M/T BLUE GULF and the M/T SHARP OCEAN, is a crude oil tanker vessel built in 2005. The SKYWAVE claims to fly the flag of Botswana, but according to information obtained by law enforcement on or about February 17, 2026, the vessel is not legitimately registered with Botswana. Thus, it is flying the Botswana flag under false pretenses and may be considered stateless. Further, since at least in or around January 2026, several news organizations reported that Botswana confirmed to the IMO that it does not operate a register of ships, indicating that ships operating under a Botswana register are doing so fraudulently and as an obfuscation tactic. *See* https://www.lloydslist.com/LL1156396/Flag-states-rush-to-flush-out-fake-registries-in-buildup-to-IMO-meeting; https://www.marineinsight.com/shipping-news/imo-identifies-529-false-flagged-ships-ahead-of-key-legal-sub-committee-meeting/. Vessels involved in evading sanctions and moving Iran-origin oil for the benefit of the IRGC frequently fly false flags in this manner, in part because many countries that maintain reputable flag registries will not allow such vessels to register and fly their flags.




*An Image of the SKYWAVE under its previous name, M/T BLUE GULF*

28. Since at least in or around October 2023, Panama-based United Tankers Ltd. ("United Tankers") is the registered owner of the SKYWAVE and, since at least in or around August 2024, India-based Lake View Ship Management Private Ltd. ("Lake View") is the registered operator and commercial manager of the SKYWAVE.

29. The SKYWAVE, United Tankers, and Lake View were each designated by OFAC on or about March 13, 2025, for their involvement in transporting Iranian oil. Specifically, United Tankers and Lake View were "being designated pursuant to E.O. 13902 for operating in the petroleum sector of the Iranian economy." OFAC blocked the SKYWAVE, under the previous name BLUE GULF, as property in which United Tankers has an interest. *See* https://home.treasury.gov/news/press-releases/sb0049.

**B. <u>Automatic Identification System Spoofing</u>**

30. The SKYWAVE has a history of manipulating (including not reporting) its location on Automatic Identification System (AIS) transmissions, including as recently as between on or about February 14, 2026, through on or about March 10, 2026, and again from on or about March 11, 2026, through on or about May 10, 2026.

31. AIS spoofing, or location spoofing, is a deceptive shipping practice that involves tampering with the vessel's AIS, a tool used to broadcast vessel position, vessel identity, vessel

heading, and other critical information to nearby vessels and maritime authorities, initially used for collision avoidance.

32. AIS spoofing involves the deliberate falsification of AIS messages, misleading vessels and maritime authorities about a vessel's true location and identity, and potential illicit activity. This can be done by transmitting false AIS data or altering legitimate ones. By manipulating AIS transmissions, malicious actors, especially tankers operators, can obscure true vessel movements, or simulate fleet movements, creating significant security vulnerabilities. Spoofing is a method regularly deployed by individuals and entities involved in shipping illicit oil, including Iran-origin oil for the benefit of the IRGC, as spoofing makes it more difficult to detect an oil shipment's origins.

33. In addition to spoofing, vessels engaged in shipping illicit oil may also completely turn off their AIS during periods, creating gaps in what is generally a continuous stream of AIS data broadcast. Such vessels most often do so when conducting sensitive activity such as loading or offloading illicit oil, at a port or via a ship-to-ship ("STS") transfer.

## C. Historical Iran-Related Voyages by the SKYWAVE

34. The SKYWAVE had repeatedly engaged in numerous transactions involving the transportation of Iranian crude oil since July 2023. These movements of cargo align with known sanctioned oil export streams associated with this Iranian state-controlled entity. The Iran-origin oil shipment activity both preceded and continued after OFAC's designation of the SKYWAVE in March 2025. This activity includes but is not limited to the following:

35. On or about July 30, 2023, the SKYWAVE loaded approximately 2,075,644 barrels of Iran-origin crude oil at Kharg Island, Iran. The SKYWAVE subsequently sailed to Asia, where it discharged its cargo between in or around late September and early October 2023.

36. On or about December 11, 2023, the SKYWAVE loaded approximately 1,671,410 barrels of Iran-origin crude oil at Kharg Island. The SKYWAVE subsequently sailed to Asia, where it discharged the Iran-origin oil cargo on or about January 25, 2024.

37. On or about January 21, 2025, the Iran-flagged M/T DOVER (IMO 9218466) was sighted approximately 7 kilometers east of Kharg Island, where it is suspected of loading Iran-origin crude oil. On or about February 5, 2025, the DOVER conducted an STS transfer of approximately 2,000,003 barrels of Iran-origin crude oil to the SKYWAVE in the Middle East. The SKYWAVE subsequently sailed to Asia, where it discharged the Iran-origin oil cargo on or about March 6, 2025.



*Imagery of the DOVER positioned approximately 7 kilometers east of Kharg Island, Iran on or about January 21, 2025*



*Imagery of the DOVER (L) preparing for an STS transfer of approximately 2 million barrels of Iran-origin oil to the SKYWAVE (R) in the Middle East on or about February 1, 2025.*

38. On or about June 22, 2025, the SKYWAVE loaded approximately 2,000,003 barrels of Iran-origin crude oil at Kharg Island, Iran. The SKYWAVE subsequently sailed to the Eastern Outside Port Limits (EOPL) near Singapore, where it discharged the Iran-origin oil cargo as follows: 492,895 barrels of Iran-origin oil cargo to the M/T BANGUS (IMO 9308998) via STS transfer on or about July 27, 2025; 708,843 barrels of Iran-origin oil cargo to the M/T RIESCO (IMO 9174397) or another vessel on or about August 17, 2025; and 798,265 barrels of Iran-origin oil cargo to the M/T RIESCO (IMO 9174397) or another vessel via STS transfer on August 18, 2025.



*Image of the SKYWAVE at Kharg Island, Iran on or about June 22, 2025, where it loaded approximately 2 million barrels of Iran-origin crude oil*

39. On or about September 12, 2025, the SKYWAVE loaded approximately 2,000,003 barrels of Iran-origin crude oil at Kharg Island, Iran. The SKYWAVE subsequently sailed to the EOPL, where it discharged the Iran-origin oil cargo to the M/T Ares (IMO 9174397) on or about October 22, 2025.



*Imagery of the SKYWAVE from on or about September 13, 2025, positioned at the T-Jetty at Kharg Island, Iran, where it loaded approximately 2 million barrels of Iran-origin crude oil*



*Imagery of the SKYWAVE (L) conducting an STS transfer of approximately 2 million barrels of Iran-origin crude oil to the ARES (R) at the EOPL on or about October 23, 2025*

40. On or about January 5, 2026, the SKYWAVE loaded approximately 2,000,003 barrels of Iran-origin crude oil at Kharg Island, Iran. The SKYWAVE discharged this Iran-origin cargo via an STS transfer in the Middle East on or about March 1, 2026.



*Imagery of the SKYWAVE from on or about January 6, 2026, positioned at the Kharg Island western docks, where it loaded approximately 2 million barrels of Iran-origin crude oil*

41. Most recently, on or about March 4, 2026, the SKYWAVE loaded approximately 2 million barrels of Iran-origin crude oil from Kharg Island, Iran. The SKYWAVE discharged this

Iran-origin cargo via an STS transfer with the M/T LUMEN (IMO 9182291) in the EOPL on or about April 15, 2026.[2]

42. At the time of the vessel's interdiction, the Master of the SKYWAVE indicated the vessel was flagged in Botswana. The United States intercepted and seized the vessel on or about May 19, 2026 after Botswana government officials confirmed that the SKYWAVE's flag status was false. The SKYWAVE is currently located in international waters in or around Southeast Asia.

**COUNT ONE – FORFEITURE**
**18 U.S.C. § 981(a)(1)(G)(i)**

43. The United States incorporates by reference the allegations set forth in Paragraphs 1 to 42 above as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(G)(i).

44. The IRGC, including the IRGC-QF, is a designated foreign terrorist organization.

45. The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(G)(i) because it affords persons (including, without limitation, NIOC, IOTC, NISOC, and the owner(s) and operator(s) of the Defendant Property) sources of influence over the IRGC, including the IRGC-QF, a designated foreign terrorist organization, which has engaged in planning and perpetrating federal crimes of terrorism as defined in 18 U.S.C. § 2332b(g)(5) against the United States, citizens or residents of the United States, or their property.

* * *

[2] On March 20, 2026, OFAC issued General License U, which temporarily authorized the sale, delivery, or offloading of crude oil of Iranian origin until April 19, 2026, provided such oil was loaded on or before 12:01am on March 20, 2026. See https://ofac.treasury.gov/media/935376/download?inline. However, General License U did not apply to the Foreign Terrorist Organizations Sanctions Regulations, under which sanctions program (among others) the IRGC is designated.

WHEREFORE, the Plaintiff prays that all persons who reasonably appear to be potential claimants with interests in the Defendant Property be cited to appear herein and answer the Complaint; that the Defendant Property be forfeited and condemned to the United States of America; that upon Final Decree of Forfeiture, the United States Marshal dispose of the Defendant Property according to law; and that the Plaintiff have such other and further relief as this Court deems proper and just.

Dated: June 10, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: *<u>/s/ Rajbir Datta</u>*

Rajbir Datta
N.Y Bar 5206073
Assistant United States Attorney
National Security Section
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7687
Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By: *<u>/s/ Sean Heiden</u>*

Sean Heiden
D.C. Bar 1617636
Acting Deputy Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice
Sean.heiden2@usdoj.gov

Margaret A. Moeser
Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By: */s/ Joshua L. Sohn*
Joshua L. Sohn
Trial Attorney

**VERIFICATION**

I, Jordan Warren, a Special Agent with the Federal Bureau of Investigation, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based upon reports and information known to me and/or furnished to me by other law enforcement representatives and that everything represented herein is true and correct.

Executed on this 10th day of June 2026.

*/s/ Jordan Warren*
Special Agent Jordan Warren
Federal Bureau of Investigation

I, Andrew Mallory, a Special Agent with the Homeland Security Investigations, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based upon reports and information known to me and/or furnished to me by other law enforcement representatives and that everything represented herein is true and correct

Executed on this 10th day of June 2026.

*/s/ Andrew Mallory*
Special Agent Andrew Mallory
Homeland Security Investigations